LONGYEAR, LAVRA & CAHILL, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Eduardo Ruiz, CSB No.: 347316
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
　　　　cahill@longyearlaw.com
　　　　ruiz@longyearlaw.com

Attorneys for Defendants,
City of Lathrop, Officer Nathanael Novello
and Officer Santino Soyangco

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| JUAN VALDEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF LATHROP; NATHANAEL NOVELLO; SANTINO SOYANGCO and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:25-CV-03574-DAD-JDP<br><br>**CITY DEFENDANTS' ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** |

COME NOW DEFENDANTS, City of Lathrop, Officer Nathanael Novello and Officer Santino Soyangco and no others, ("Defendants"), and in answer to Plaintiff's Complaint ("Complaint") admit, deny and allege as follows:

1. Answering the allegations contained in paragraph numbers 1-3, page 2 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

2. Answering the allegations contained in paragraph numbers 4-5, page 2 of said Complaint, Defendants admit that jurisdiction and venue are proper.

3. Answering the allegations contained in paragraph number 6, pages 2-3 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

4. Answering the allegations contained in paragraph numbers 7-9, page 3 of said Complaint, Defendants admit each and every, all and singular, generally and specifically, said allegations and the whole thereof.

5. Answering the allegations contained in paragraph numbers 10-16, pages 3-4 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

6. Answering the allegations contained in paragraph number 17, page 5 of said Complaint, Defendants incorporate all above paragraphs as if fully set forth herein.

7. Answering the allegations contained in paragraph numbers 18-19, page 5 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

8. Answering the allegations contained in paragraph number 20, page 5 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

9. Answering the allegations contained in paragraph numbers 21-27, pages 5-6 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

/ / /

/ / /

10. Answering the allegations contained in paragraph number 28, page 6 of said Complaint, Defendants admit each and every, all and singular, generally and specifically, said allegations and the whole thereof.

11. Answering the allegations contained in paragraph number 29, page 6 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

12. Answering the allegations contained in paragraph numbers 30-31, page 6 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

13. Answering the allegations contained in paragraph number 32, page 6 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

14. Answering the allegations contained in paragraph number 33, pages 6-7 of said Complaint, Defendants incorporate all the above paragraphs as if fully set forth herein.

15. Answering the allegations contained in paragraph numbers 34-37, page 7 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

16. Answering the allegations contained in paragraph number 38, page 7 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

///

///

17. Answering the allegations contained in paragraph numbers 39-42, pages 7-8 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

18. Answering the allegations contained in paragraph number 43, page 8 of said Complaint, Defendants incorporate all the above paragraphs as if fully set forth herein.

19. Answering the allegations contained in paragraph numbers 44-52, pages 9-10 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

20. Answering the allegations contained in paragraph 53, page 10 of said Complaint, Defendants incorporate all the above paragraphs as if fully set forth herein.

21. Answering the allegations contained in paragraphs 54-61, pages 10-11 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

As separate and affirmative defenses, answering Defendants allege as follows:

### FIRST AFFIRMATIVE DEFENSE

That said Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

That at all time herein mentioned the actions of Defendant's employees and contractors were reasonable and in good faith and as such they are entitled to qualified immunity.

### THIRD AFFIRMATIVE DEFENSE

At all times mentioned, the Plaintiff failed to act reasonably under the circumstances and his negligence contributed to his injuries. In the event of an adverse verdict, the Plaintiff's recovery on state law claims should be reduced by Plaintiff's percentage of fault.

### FOURTH AFFIRMATIVE DEFENSE

That this incident was caused by the negligence and/or fault of other persons, corporations, and entities including both parties and non-parties to this action whether named or not named and that Defendant's liability, if any, should be reduced accordingly.

/ / /

**FIFTH AFFIRMATIVE DEFENSE**

That the Complaint is barred by virtue of the Plaintiff's failure to comply with the California Government Claims Act.

**SIXTH AFFIRMATIVE DEFENSE**

The City's police officers were entitled to use force to arrest the Plaintiff and to overcome his resistance to arrest.

**SEVENTH AFFIRMATIVE DEFENSE**

That at all times Defendant's employees and/or contractors acted in self-defense and/or defense of others and such actions are therefore privileged and reasonable.

**EIGHTH AFFIRMATIVE DEFENSE**

That Defendant is immune from state law claim pursuant to California Government Code Section 815.

**NINTH AFFIRMATIVE DEFENSE**

That Defendant is immune from state law claim pursuant to California Government Code Section 815.2.

**TENTH AFFIRMATIVE DEFENSE**

That Defendant is immune from state law claim pursuant to California Government Code Section 818.2.

**ELEVENTH AFFIRMATIVE DEFENSE**

That Defendant is immune from state law claim pursuant to California Government Code Section 820.2.

**TWELFTH AFFIRMATIVE DEFENSE**

As to the state law claims, no Defendant is liable for the act or omission of another pursuant to California Government Code Section 820.8.

**THIRTEENTH AFFIRMATIVE DEFENSE**

As to the state law claims, the Defendant City is immune from liability pursuant to California Government Code Section 821.

///

**FOURTEENTH AFFIRMATIVE DEFENSE**

As to the state law claims, Defendants are immune from liability pursuant to California Government Code Sections 855.8 and 856.

**FIFTEENT AFFIRMATIVE DEFENSE**

As to the state law claims, Defendants are immune from liability pursuant to California Government Code Sections 855.8 and 856.

WHEREFORE, said answering Defendants pray for relief as follows:

1. For judgment as against Plaintiff and in favor of Defendants;
2. That Plaintiff takes nothing by way of their Complaint;
3. For attorneys' fees and costs of suit incurred herein; and
4. For such other and further relief as the court may deem just and proper

Dated: January 16, 2026    LONGYEAR, LAVRA & CAHILL, LLP


By: /s/ Van Longyear
    VAN LONGYEAR
    NICOLE M. CAHILL
    EDUARDO RUIZ
    Attorneys for Defendants,
    City of Lathrop, Officer Nathanael
    Novello and Officer Santino Soyangco

## DEMAND FOR JURY TRIAL

Defendants, City of Lathrop, Officer Nathanael Novello and Officer Santino Soyangco hereby request a trial by jury.

Dated: January 16, 2026              LONGYEAR, LAVRA & CAHILL, LLP

By: /s/ Van Longyear
    VAN LONGYEAR
    NICOLE M. CAHILL
    EDUARDO RUIZ
    Attorneys for Defendants,
    City of Lathrop, Officer Nathanael
    Novello and Officer Santino Soyangco