LONGYEAR, LAVRA & CAHILL, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Eduardo Ruiz, CSB No.: 347316
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
         cahill@longyearlaw.com
         ruiz@longyearlaw.com

Attorneys for Defendants,
City of Lathrop, Officer Nathanael Novello
and Officer Santino Soyangco

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| JUAN VALDEZ, | Case No.: 2:25-CV-03574-DAD-JDP |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| CITY OF LATHROP; NATHANAEL NOVELLO; SANTINO SOYANGCO and DOES 1 through 10, inclusive, | |
| Defendants. | |

TO COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nicole M. Cahill enters her appearance as additional counsel on behalf of Defendants City of Lathrop, Officer Nathanael Novello and Officer Santino Soyangco.

Please add Nicole M. Cahill to the service list for all further pleadings and correspondence.

Nicole M. Cahill, CSB No.: 287165
LONGYEAR, LAVRA & CAHILL, LLP
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Email: cahill@longyearlaw.com

Dated: April 23, 2026                    LONGYEAR, LAVRA & CAHILL, LLP


                                         By: /s/ Nicole M. Cahill
                                              VAN LONGYEAR
                                              NICOLE M. CAHILL
                                              EDUARDO RUIZ
                                              Attorneys for Defendants,
                                              City of Lathrop, Officer Nathanael
                                              Novello and Officer Santino Soyangco