LONGYEAR, LAVRA & CAHILL, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Eduardo Ruiz, CSB No.: 347316
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
         cahill@longyearlaw.com
         ruiz@longyearlaw.com

Attorneys for Defendants,
City of Lathrop, Officer Nathanael Novello
and Officer Santino Soyangco

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| JUAN VALDEZ, | Case No.: 2:25-CV-03574-DAD-JDP |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| CITY OF LATHROP; NATHANAEL NOVELLO; SANTINO SOYANGCO and DOES 1 through 10, inclusive, | |
| Defendants. | |

TO COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Eduardo Ruiz enters his appearance as additional counsel on behalf of Defendants City of Lathrop, Officer Nathanael Novello and Officer Santino Soyangco.

Please add Eduardo Ruiz to the service list for all further pleadings and correspondence.

Eduardo Ruiz, CSB No.: 347316
LONGYEAR, LAVRA & CAHILL, LLP
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Email:  ruiz@longyearlaw.com

NOTICE OF APPEARANCE- 1 -

Dated: April 23, 2026                    LONGYEAR, LAVRA & CAHILL, LLP


By: /s/ Eduardo Ruiz
    VAN LONGYEAR
    NICOLE M. CAHILL
    EDUARDO RUIZ
    Attorneys for Defendants,
    City of Lathrop, Officer Nathanael
    Novello and Officer Santino Soyangco